THE PEOPLE OF THE STATE OF NEW YORK ex rel. KNUT HULTMAN et al., Respondents, v. JOHN F. GILCHRIST, as Commissioner of the Department of Licenses of the City of New York, Defendant.

20TH CENTURY BROWN AND WHITE TAXICAB ASSOCIATION, INC., Intervener, Appellant.

*New York (city of) — taxicabs — when commissioner of licenses may not refuse to issue licenses for operation of taxicabs solely on ground that their color is the same as those operated by another — peremptory mandamus properly issued.*

People ex rel. Hultman v. Gilchrist, 196 App. Div. 964, affirmed. (Argued January 9, 1922; decided January 24, 1922.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 20, 1921, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the commissioner of the department of licenses of the city of New York to issue to the relators licenses to operate public hacks for hire in the streets of the city of New York. The relators herein applied to the commissioner for a license to be issued for taxicabs owned by them, but the commissioner refused to issue such licenses to the relators herein, solely upon the ground that the color combination of the relators' taxicabs was brown and white, in alleged simulation of the colors of certain taxicabs operated by the 20th Century Brown and White Taxicab Association, Inc., the interveners herein.

*Valentine Taylor, Jeremiah T. Mahoney, Warren C. Fielding* and *Samuel M. Katz* for appellant.

*Avel B. Silverman* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.